# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FARHAN EDIN,<br><br>       Plaintiff,<br><br>    v.<br><br>RONALD HAYNES, et al.,<br><br>       Defendant. | Case No. C21-5718JLR<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's motion to voluntarily dismiss, Dkt. 7, is GRANTED and the complaint is DISMISSED WITHOUT PREJUDICE.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 10th day of January, 2022.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING CIVIL RIGHTS ACTION - 1